ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/2/2015 5:21:09 PM
KEITH HOTTLE
CLERK

**No. 04-14-00906-CV**

IN THE FOURTH COURT OF APPEALS

at SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/2/2015 5:21:09 PM
KEITH E. HOTTLE
Clerk

## DAVID MAUK

Appellant

v.

Appellees

## PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL

Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court, Bexar County, Texas

## APPELLANT, DAVID MAUK'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO APPELLEES' REPLY BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

NOW COMES, Appellant, DAVID MAUK, and files his Unopposed Motion to Extend Deadline to Respond to Appellees' Reply Brief and in support thereof would respectfully show the following:

1. Appellees' filed their Reply Brief on February 19, 2015.

2. Appellant's deadline to reply to Plaintiffs' Response is twenty-one (21) days after the Reply Brief is filed, being Thursday, March 12, 2015.

1

3.     Appellant respectfully requests an extension of time to reply due to the fact that Appellant's counsel the lead attorney in this matter, is on vacation from March 9, 2015 through March 13, 2015.

4.     Further Appellant's counsel has a deadline of March 16, 2015 to file a 12b(6) Motion in response to Plaintiff's Fist Amended Petition in a federal case styled Civil No. SA-14-CA-941-OLG, *David Neill Jones v. Kerr County, Texas, Kerr County Sheriff's Department, Officer Stephen Wherry, Officers John Doe, Kerrville Police Department, City of Kerrville;* in the United States District Court for the Western District of Texas, San Antonio, Division.  Also, Appellant's counsel has other matters to conclude before his vacation, which will preclude diligence in researching and briefing the issues presented herein.

5.     Appellant, David Mauk, respectfully requests that the Court grant a seven (7) day extension for the reasons stated herein extending our deadline to March 19, 2015.  This Motion is not sought for delay but in the interest that proper attention can be given to adequately review Appellees' Reply Brief and the exhibits tendered with said Reply and to prepare a Response to Appellees' Reply Brief.

6.     Appellant conferred with Appellees' counsel, Megan H. Kucera, on March 2, 2015 and counsel is unopposed to this motion as it is not sought for the purpose of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant, David Mauk, hereby prays that the Court allow additional time and extend the deadline to reply to Appellees' Response to Appellant's Reply Brief.

**McKamie Krueger, LLP**
941 Proton Road
San Antonio, Texas 78258
210.546.2122
210.546.2130

By:    /s/ Adolfo Ruiz
      Adolfo Ruiz
      State Bar No. 17385600
      adolfo@mckamiekrueger.com
      Barbara L. Quirk
      State Bar No. 16436750
      barbara@mckamiekrueger.com

**ATTORNEYS FOR APPELLANT, DAVID MAUK**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Unopposed Motion to Extend Appellant's Deadline to Respond to Appellees' Reply Brief was served on Appellees through counsel of record in accordance with the Texas Rules of Appellate Procedure as indicated below on the March 2, 2015, addressed to:

Keith P. Miller                                via E-Serve
Megan Kucera
Law Offices of Keith P. Miller, P.C.
14350 Northbrook, Ste. 150
San Antonio, Texas 78232

/s/: Adolfo Ruiz
ADOLFO RUIZ

3